UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHEMTURA CORPORATION, GREAT LAKES :     Case No. 10 Civ. _____
CHEMICAL CORPORATION, ISCI, INC., KEM
MANUFACTURING CORPORATION AND :     Chapter 11
NAUGATUCK TREATMENT COMPANY,

                                 :     Bankr. Case No. 09-11233 (REG)

              Plaintiffs,

         v.                          :     Adversary Proceeding No. 09-1719
                                       (REG)

UNITED STATES OF AMERICA, STATE OF : 
CONNECTICUT, STATE OF FLORIDA, STATE
OF NEW JERSEY, STATE OF NEW YORK, :     <u>ECF CASE</u>
STATE OF NORTH CAROLINA,
COMMONWEALTH OF PENNSYLVANIA, :
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, SANTA ANA :
REGIONAL WATER QUALITY CONTROL
BOARD, CALIFORNIA DEPARTMENT OF :
TOXIC SUBSTANCES CONTROL,
CALIFORNIA STATE WATER RESOURCES :
CONTROL BOARD, CONNECTICUT
COMMISSIONER OF ENVIRONMENTAL :
PROTECTION, FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION, :
NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL PROTECTION, :
ADMINISTRATOR OF NEW JERSEY SPILL
COMPENSATION FUND, NEW YORK :
DEPARTMENT OF ENVIRONMENTAL
CONSERVATION, NORTH CAROLINA :
DEPARTMENT OF ENVIRONMENT AND
NATURAL RESOURCES, NORTH CAROLINA :
DIVISION OF WASTE MANAGEMENT and
PENNSYLVANIA DEPARTMENT OF :
ENVIRONMENTAL PROTECTION,

                                   :

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR WITHDRAWAL OF THE REFERENCE**

PREET BHARARA
United States Attorney for the
Southern District of New York
MATTHEW L. SCHWARTZ
LAWRENCE H. FOGELMAN
BRIAN MORGAN
NATALIE N. KUEHLER
Assistant United States Attorneys
86 Chambers Street -- 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2800
Fax No.: (212) 637-2730

CONNECTICUT COMMISSIONER OF
ENVIRONMENTAL PROTECTION
By:     Krista E. Trousdale
Assistant Attorney General
55 Elm Street
Hartford, CT  06106
Tel.  (860) 808-5250
Fax: (860) 808-5386

STATE OF CALIFORNIA ACTING BY
AND THROUGH THE CALIFORNIA
DEPARTMENT OF TOXIC SUBSTANCES
CONTROL, THE STATE WATER
RESOURCES CONTROL BOARD, THE
REGIONAL WATER QUALITY CONTROL
BOARD, SANTA ANA REGION
By:     Thomas G. Heller and Eric M. Katz
Deputy Attorneys General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Tel:  (213) 897-2600
Fax:  (213) 897-2802

FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
By:     Jonathan H. Alden, Esq.,
Assistant General Counsel
3900 Commonwealth Blvd.
M.S. 35
Tallahassee, FL  32399
(850) 245 2238
Florida Bar No.  366692
jonathan.alden@dep.state.fl.us

FOR THE STATE OF NEW YORK
ANDREW M. CUOMO,
ATTORNEY GENERAL
By:     Maureen F. Leary
Assistant Attorney General
Environmental Protection Bureau
New York State Department of Law
The Capitol
Albany, New York 12224-0341
(518) 474-7154
Maureen.Leary@ag.ny.gov

FOR THE STATE OF NORTH
CAROLINA
ROY COOPER, ATTORNEY GENERAL
By:     W. Wallace Finlator, Jr.
Assistant Attorney General
North Carolina Department of
Justice
9001 Mail Service Center
Raleigh, N.C. 27699-9001
Tel.: 919-716-6600
Fax:  919-716-6939
wfinlat@ncdoj.gov
NC Bar # 14197

FOR THE PENNSYLVANIA DEPARTMENT
OF ENVIRONMENTAL PROTECTION
By:     Stephanie K. Gallogly, Assistant Counsel
Office of General Counsel
Northwest Regional Counsel
Department of Environmental Protection
230 Chestnut Street
Meadville, PA  16335-3481
Tel: (724) 656-3471;  Fax:  (724) 656-3267
E-mail:  sgallogly@state.pa.us

**NOTICE OF MOTION FOR WITHDRAWAL OF THE REFERENCE**

PLEASE TAKE NOTICE that upon this notice of motion, the Declaration of Lawrence H. Fogelman, dated January 21, 2010, and exhibits attached thereto, and the accompanying memorandum of law, the United States of America, acting on behalf of the Environmental Protection Agency, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, and the State of Connecticut, the State of New York, the State of North Carolina, the Santa Ana Regional Water Quality Control Board, the California Department of Toxic Substances Control, the California State Water Resources Control Board, the Connecticut Commissioner of Environmental Protection, the Florida Department of Environmental Protection, the New York Department of Environmental Conservation, the North Carolina Department of Environment and Natural Resources, the North Carolina Division of Waste Management, and the Pennsylvania Department of Environmental Protection, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to 28 U.S.C. §157(d) and Federal Rule of Bankruptcy Procedure 5011 withdrawing the reference from the United States Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York of Debtors' First Amended Complaint filed in this Adversary Proceeding, as well as for such other relief as the Court deems just and proper.  Responsive papers shall be filed pursuant to a schedule to be determined by the Court.

Dated: January 21, 2010
      New York, New York

PREET BHARARA
United States Attorney for the
Southern District of New York

By:    /s/ Lawrence H. Fogelman
        MATTHEW L. SCHWARTZ
        LAWRENCE H. FOGELMAN
        BRIAN K. MORGAN
        NATALIE N. KUEHLER
        Assistant United States Attorneys
        Attorneys for the United States of America


STATE OF CALIFORNIA ACTING BY AND
THROUGH THE CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL, THE STATE
WATER RESOURCES CONTROL BOARD, AND THE
REGIONAL WATER QUALITY CONTROL BOARD,
SANTA ANA REGION

By:    /s/ Thomas G. Heller and Eric M. Katz
        THOMAS G. HELLER and ERIC M. KATZ
        Deputy Attorneys General
        California Department of Justice
        300 South Spring Street, Suite 1702
        Los Angeles, CA  90013


CONNECTICUT COMMISSIONER OF
ENVIRONMENTAL PROTECTION

By:    /s/ Krista E. Trousdale
        KRISTA E. TROUSDALE
        Assistant Attorney General
        55 Elm Street
        Hartford, CT  06106

FLORIDA DEPARTMENT OF ENVIRONMENTAL
PROTECTION

By      /s/ Jonathan H. Alden
        Jonathan H. Alden, Esq., Asst. Genl. Counsel
        3900 Commonwealth Blvd.
        M.S. 35
        Tallahassee, FL 32399


STATE OF NEW YORK BY AND THROUGH
ANDREW M. CUOMO, ATTORNEY GENERAL

By:     /s/ Maureen F. Leary
        Maureen F. Leary
        Assistant Attorney General
        Environmental Protection Bureau
        New York State Department of Law
        The Capitol
        Albany, New York 12224-0341


STATE OF NORTH CAROLINA BY AND THROUGH
ROY COOPER, ATTORNEY GENERAL

By:     /s/ W. Wallace Finlator, Jr.
        W. Wallace Finlator, Jr.
        Assistant Attorney General
        North Carolina Department of Justice
        9001 Mail Service Center
        Raleigh, N.C. 27699-9001


PENNSYLVANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION

By:     /s/ Stephanie K. Gallogly
        Stephanie K. Gallogly, Assistant Counsel
        Office of General Counsel
        Northwest Regional Counsel
        Department of Environmental Protection
        230 Chestnut Street
        Meadville, PA 16335-3481


3